AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 06, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Blane Corey DeSantis, Trustee | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| Spokane Federal Credit Union | ) |
| dba Canopy Credit Union, Parker Toyota Inc | |
| dba Parker Auto Credit | |
| *Defendant* | |

Civil Action No.   2:25-cv-00506-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Pursuant to the Order fied at ECF No 23, the Court DISMISSES this action with prejudice.

This action was *(check one)*:

❐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Mary K. Dimke _____

Date:   3/6/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*